1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    JANICE MENDENHALL, et al.,              No. 16-cv-4232 CRB

12              Plaintiffs,                    **ORDER ADOPTING REPORT AND**
                                               **RECOMMENDATION**
13         v.

14    DIANA CHRISTENSEN, et al.,

15              Defendants.
      _____/
16

17        The Court has reviewed Magistrate Judge Corley's Report and Recommendation (dkt.

18    9), and notes that fourteen days have passed and no opposition has been filed.  The Court

19    finds the Report correct, well-reasoned, and thorough, and ADOPTS it in every respect.

20    Accordingly, the Complaint is DISMISSED for lack of subject matter jurisdiction with leave

21    to amend.

22        Any amended complaint would need to be filed within 30 days and must also comply

23    with the guidelines set forth in Rule 8(a), which requires that a complaint include (1) a short

24    and plain statement of the grounds for the Court's jurisdiction; (2) a short and plain statement

25    of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief

26    sought.  A pleading may not simply allege a wrong has been committed and demand relief; it

27    must state the elements of the claim plainly and succinctly.  Plaintiffs must allege with at

28    least some degree of particularity the facts that support their claim.  Jones v. Cmty. Redev.

      Agency, 733 F.2d 646, 649 (9th Cir. 1984).

*United States District Court*
For the Northern District of California

**United States District Court**
For the Northern District of California

As Plaintiffs are proceeding pro se, the Court directs their attention to the Handbook for Pro Se Litigants, which is available along with further information on the Court's website located at http://cand.uscourts.gov/proselitigants.  Plaintiffs may also contact the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982, for free assistance regarding their claims.

**IT IS SO ORDERED.**

Dated: September 21, 2016



CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE